# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: GENERAL STATEWIDE      :    No. 533 Judicial Administration Docket
JUDICIAL EMERGENCY - SUPREME    :
COURT OPERATIONS            :

## <u>ORDER</u>

**PER CURIAM**

        **AND NOW**, this 28th day of April 2020, on account of the ongoing COVID-19 pandemic, and to safeguard the health and safety of court personnel, court users, and members of the public, the Court DIRECTS that the due dates for any filings due in the Supreme Court from March 16, 2020, and through May 8, 2020, are EXTENDED, and those filings will be considered timely if filed on or before May 11, 2020.

        This extension on filing deadlines does not apply to:

        A.      Matters governed by Rule of Appellate Procedure 903(c)(1)(ii) (relating to appeals in matters arising under the Pennsylvania Election Code);

        B.      Matters governed by Rule of Appellate Procedure 3331 (relating to the review of special prosecutions or investigations);

        C.      Matters classified as Children's Fast Track, *see* Pa.R.A.P. 102 (relating to definitions); and

        D.      Any matters where the Supreme Court Prothonotary directs otherwise.

        Filings encompassed by exceptions A, B, or C above must be made within the time established by general rule using the PACFile electronic filing system. *See* Pa.R.A.P. 125 (relating to electronic filing).